FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 25 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

**CASSANDRA GRACIUS on behalf of himself
or herself and all other similarly situated consumers**

Case# 18cv3574

Plaintiff(s),

NOTICE OF DISCONTINUANCE

-against-

**F.H. CANN & ASSOCIATES, INC.**

Defendant.

---

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

It Is Hereby Stipulated and agreed, by counsel on behalf of the Plaintiff, pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs or disbursements to either party.

We respectfully request the Court provide that the parties may seek to reopen the matter for forty five (45) days to assure that the Agreement is executed and that the settlement funds have cleared.

Dated: Nassau, New York
September 18, 2018

/S Jacob Silver

_____

**Jacob Silver**
Attorney At Law
237 Club Dr.
Woodmere, NY 11598
(718) 855-3834
silverbankruptcy@gmail.com

So Ordered:

_____
Dated:

So ordered.

/s/(ARR)  USDJ